**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BANK MIDWEST, et al                                    :
                                                       :
      *Plaintiff(s)*                                  :
                                                       :
      **v.**                                        :   **CIVIL NO. 26-5612**
                                                       :
TIG QUESO LLC et al                                    :
      *Defendant(s)*                                  :
                                                       :
                                                       :

**STATUS CONFERENCE NOTICE**

      Please be advised that a **STATUS CONFERENCE** in the above-captioned case is scheduled to be held on **AUGUST 11, 2026,** at **2:15 p.m.** *via* **telephone** before the Honorable Kai N. Scott, at 601 Market Street, Philadelphia, PA 19106.

      Parties are instructed to dial into **267 817 5858** using code **217 145 326#** to be connected with the Judge.

      If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

      Counsel must coordinate to complete the attached Status Report and email a joint completed report to Chambers_of_Judge_Kai_Scott@paed.uscourts.gov five (5) business days prior to the status conference.

      Failure to comply with this directive may result in the imposition of sanctions.

      The conference will be continued to another date only in exceptional cases.

                                     *s/Tayai Lester*
                                     **TAYAI LESTER**
                                     Judicial Assistant to the
                                     HONORABLE KAI N. SCOTT
                                     United States District Court Judge

**Date: August 11, 2026**
**Copies sent via ECF notification.**