**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BANK MIDWEST et al** | : |
| | : |
| *Plaintiff(s)* | : |
| | : |
| **v.** | :    **CIVIL NO. 26-5612** |
| | : |
| **TIG QUESO LLC, et al** | : |
| *Defendant(s)* | : |

### O R D E R

**AND NOW,** on the **11th** day of **AUGUST 2026,** upon consideration of the Motion for

the   Admission *Pro Hac Vice* of **LISA WOLGAST Esquire** to appear on behalf of the

**plaintiffs** in the above action (Doc. No. 9), it is **ORDERED** that the Motion (Doc. No.9) is

**GRANTED**. **LISA WOLGAST** is admitted to practice before this Court *pro hac vice* as counsel

on behalf of **BANK MIDWEST et al** this matter only.

**BY THE COURT:**

*/S/ Kai N. Scott*
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**