# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BANK MIDWEST, a division of NBH Bank,

    Plaintiff,

v.

TIG QUESO LLC, et al.,

    Defendants.

Case No.  5:26-cv-05612-KNS

## ORDER

**AND NOW**, on the 12th day of AUGUST 2026, upon consideration of the Emergency Motion for Appointment of Receiver and Memorandum of Law in Support Thereof (the "Motion", Doc. No. 4) filed by Plaintiff Bank Midwest, a division of NBH Bank ("Plaintiff"), and the consent of Plaintiff and Defendants[1] to the Order appointing receiver in the form attached hereto as **Exhibit A** (the "Consent Order"), it is **ORDERED** that the Motion is **GRANTED** and the Consent Order is hereby approved and entered as an Order of this Court.

BY THE COURT:

*Kai N. Scott*

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**

---

[1] "Defendants" means and refers collectively to TIG QUESO LLC, QUESO TIME DE 1 LLC, QUESO TIME DE 2 LLC, QUESO TIME DE 3 LLC, QUESO TIME DE 4 LLC, QUESO TIME DE 5 LLC, QUESO TIME TPA1 LLC, QUESO TIME TPA2 LLC, QUESO TIME TPA3 LLC, QUESO TIME NJ 1 LLC, QUESO TIME NJ 10 LLC, QUESO TIME NJ 11 LLC, QUESO TIME NJ 12 LLC, QUESO TIME NJ 17 LLC, QUESO TIME NJ 2 LLC, QUESO TIME NJ 20 LLC, QUESO TIME NJ 3 LLC, QUESO TIME NJ 4 LLC, QUESO TIME NJ 5 LLC, QUESO TIME NJ 6 LLC, QUESO TIME NJ 9 LLC, QUESO TIME NJ 15 LLC, QUESO TIME NJ 18 LLC, QUESO TIME NJ 19 LLC, QUESO TIME NJ 21 LLC, QUESO TIME NJ 22 LLC, QUESO TIME NY 1 LLC, QUESO TIME NY 2 LLC, QUESO TIME NY 3 LLC, QUESO TIME NY 4 LLC, QUESO TIME PA 1 LLC, QUESO TIME PA 10 LLC, QUESO TIME PA 11 LLC, QUESO TIME PA 2 LLC, QUESO TIME PA 3 LLC, QUESO TIME PA 6 LLC, QUESO TIME PA 7 LLC, QUESO TIME PA 8 LLC, QUESO TIME PA 9 LLC, QUESO TIME PA 12 LLC, TIG QUESO NY LLC, TIG QUESO DE LLC, TIG QUESO NJ LLC, TIG QUESO PA LLC, TIG QUESO FL LLC.