**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BANK MIDWEST, a division of NBH Bank,

Plaintiff,

v.

TIG QUESO LLC, QUESO TIME DE 1 LLC, QUESO TIME DE 2 LLC, QUESO TIME DE 3 LLC, QUESO TIME DE 4 LLC, QUESO TIME DE 5 LLC, QUESO TIME TPA1 LLC, QUESO TIME TPA2 LLC, QUESO TIME TPA3 LLC, QUESO TIME NJ 1 LLC, QUESO TIME NJ 10 LLC, QUESO TIME NJ 11 LLC, QUESO TIME NJ 12 LLC, QUESO TIME NJ 17 LLC, QUESO TIME NJ 2 LLC, QUESO TIME NJ 20 LLC, QUESO TIME NJ 3 LLC, QUESO TIME NJ 4 LLC, QUESO TIME NJ 5 LLC, QUESO TIME NJ 6 LLC, QUESO TIME NJ 9 LLC, QUESO TIME NJ 15 LLC, QUESO TIME NJ 18 LLC, QUESO TIME NJ 19 LLC, QUESO TIME NJ 21 LLC, QUESO TIME NJ 22 LLC, QUESO TIME NY 1 LLC, QUESO TIME NY 2 LLC, QUESO TIME NY 3 LLC, QUESO TIME NY 4 LLC, QUESO TIME PA 1 LLC, QUESO TIME PA 10 LLC, QUESO TIME PA 11 LLC, QUESO TIME PA 2 LLC, QUESO TIME PA 3 LLC, QUESO TIME PA 6 LLC, QUESO TIME PA 7 LLC, QUESO TIME PA 8 LLC, QUESO TIME PA 9 LLC, QUESO TIME PA 12 LLC, TIG QUESO NY LLC, TIG QUESO DE LLC, TIG QUESO NJ LLC, TIG QUESO PA LLC, and TIG QUESO FL LLC,

Defendants.

Case No. Case No. 5:26-cv-05612-KNS

**NOTICE OF FILING OATH OF RECEIVER AND OF POSTING BOND**

COMES NOW, Bank Midwest, a division of NBH Bank ("Plaintiff"),[1] Plaintiff in the

[1] This Oath of Receiver and Notice of Posting Bond is being filed by Plaintiff on behalf of Receiver to ensure that it

above-referenced matter, and files this Notice of Filing Oath of Receiver and of Posting Bond. A copy of the Receiver's oath is attached hereto as **Exhibit 1** (the "Receiver's Oath"). The Receiver's Bond is attached as **Exhibit A** to the Receiver's Oath.

Dated: August 18, 2026

Respectfully submitted,

/s/ *James E. Van Horn*______
James E. Van Horn
Pennsylvania Bar No. 88715
**Barnes & Thornburg LLP**
555 12th St NW, Suite 1200
Washington, DC 20004
Telephone: (202) 371-6531
JVanHorn@btlaw.com

Lisa Wolgast (pro hac pending)
**Barnes & Thornburg LLP**
3340 Peachtree Road, N.E., Suite 2900
Atlanta, Georgia 30326-1092
Telephone: (470) 832-7535
Lisa.Wolgast@btlaw.com

*Attorneys for Bank Midwest, a division of NBH Bank*

is timely filed and to ensure protection of Plaintiff's interests.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court and is available for viewing and downloading from the ECF system, and was served on the counsel for Defendant via U.S. Mail as follows:

Albert A. Ciardi III
Ciardi Ciardi & Austin
1905 Spruce Street
Philadelphia, Pennsylvania 19103

/s/ *James E. Van Horn* ______
James E. Van Horn

*Attorneys for Bank Midwest, a division of NBH Bank*