**Exhibit 1**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BANK MIDWEST, a division of NBH Bank<br><br>Plaintiff,<br><br>v.<br><br>TIG Queso, LLC, et al[1].,<br><br>Defendants. | Case No. 5:26-cv-05612-KNS |

**OATH OF RECEIVER AND NOTICE OF POSTING BOND**

I, JOSEPH V. PEGNIA, hereby affirm that I shall faithfully discharge the duties of Receiver and obey all orders of the Court in this case. Pursuant to the terms of the Court's Order [DE 15], the Receiver's Bond in the amount of **$10,000** is filed herewith, and is attached hereto as **Exhibit A**.

DATED this 13th day of August, 2026.

By: ______________________________
Joseph V. Pegnia

[1] "Defendants" means and refers collectively to TIG QUESO LLC, QUESO TIME DE 1 LLC, QUESO TIME DE 2 LLC, QUESO TIME DE 3 LLC, QUESO TIME DE 4 LLC, QUESO TIME DE 5 LLC, QUESO TIME TPA1 LLC, QUESO TIME TPA2 LLC, QUESO TIME TPA3 LLC, QUESO TIME NJ 1 LLC, QUESO TIME NJ 10 LLC, QUESO TIME NJ 11 LLC, QUESO TIME NJ 12 LLC, QUESO TIME NJ 17 LLC, QUESO TIME NJ 2 LLC, QUESO TIME NJ 20 LLC, QUESO TIME NJ 3 LLC, QUESO TIME NJ 4 LLC, QUESO TIME NJ 5 LLC, QUESO TIME NJ 6 LLC, QUESO TIME NJ 9 LLC, QUESO TIME NJ 15 LLC, QUESO TIME NJ 18 LLC, QUESO TIME NJ 19 LLC, QUESO TIME NJ 21 LLC, QUESO TIME NJ 22 LLC, QUESO TIME NY 1 LLC, QUESO TIME NY 2 LLC, QUESO TIME NY 3 LLC, QUESO TIME NY 4 LLC, QUESO TIME PA 1 LLC, QUESO TIME PA 10 LLC, QUESO TIME PA 11 LLC, QUESO TIME PA 2 LLC, QUESO TIME PA 3 LLC, QUESO TIME PA 6 LLC, QUESO TIME PA 7 LLC, QUESO TIME PA 8 LLC, QUESO TIME PA 9 LLC, QUESO TIME PA 12 LLC, TIG QUESO NY LLC, TIG QUESO DE LLC, TIG QUESO NJ LLC, TIG QUESO PA LLC, and TIG QUESO FL LLC

**Exhibit A**

BOND NO. 016254843

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BANK MIDWEST, a division of NBH Bank,
Plaintiff,

Case No. 5:26-cv-05612-KNS

v.

TIG QUESO LLC, QUESO TIME DE 1 LLC,
QUESO TIME DE 2 LLC, QUESO TIME DE 3 LLC,
QUESO TIME DE 4 LLC, QUESO TIME DE 5 LLC,
QUESO TIME TPA1 LLC, QUESO TIME TPA2 LLC,
QUESO TIME TPA3 LLC, QUESO TIME NJ 1 LLC,
QUESO TIME NJ 10 LLC, QUESO TIME NJ 11 LLC,
QUESO TIME NJ 12 LLC, QUESO TIME NJ 17 LLC,
QUESO TIME NJ 2 LLC, QUESO TIME NJ 20 LLC,
QUESO TIME NJ 3 LLC, QUESO TIME NJ 4 LLC,
QUESO TIME NJ 5 LLC, QUESO TIME NJ 6 LLC,
QUESO TIME NJ 9 LLC, QUESO TIME NJ 15 LLC,
QUESO TIME NJ 18 LLC, QUESO TIME NJ 19 LLC,
QUESO TIME NJ 21 LLC, QUESO TIME NJ 22 LLC,
QUESO TIME NY 1 LLC, QUESO TIME NY 2 LLC,
QUESO TIME NY 3 LLC, QUESO TIME NY 4 LLC,
QUESO TIME PA 1 LLC, QUESO TIME PA 10 LLC,
QUESO TIMEPA 11 LLC, QUESO TIME PA 2 LLC,
QUESO TIME PA 3 LLC, QUESO TIME PA 6 LLC,
QUESO TIME PA 7 LLC, QUESO TIME PA 8 LLC,
QUESO TIME PA 9 LLC, QUESO TIME PA 12 LLC,
TIG QUESO NY LLC, TIG QUESO DE LLC,
TIG QUESO NJ, LLC, TIG QUESO PA LLC, and TIG
QUESO FL LLC,

Defendants.

**BOND OF RECEIVER**

WE, GLASSRATNER ADVISORY & CAPITAL GROUP, LLC, BY AND THROUGH JOSEPH V. PEGNIA, SENIOR MANAGING DIRECTOR, of ATLANTA, GA, as principal and Liberty Mutual Insurance Company, as surety bind ourselves to the UNITED STATES OF AMERICA in the amount of TEN THOUSAND AND 00/100 DOLLARS $10,000.00 for the faithful performance by the undersigned principal as the Receiver of the above named case.

**THIS BOND SHALL** remain in full force and effect until the Surety has terminated further liability after 30 days written notice filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, or the Receiver obtains written authorization from the Clerk of the United States District Court for the Eastern District of Pennsylvania releasing the surety company from any further liability under the bond. The surety shall have no liability for the actions of the Receiver prior to the effective date of this bond.

DATED: August 11, 2026

GLASSRATNER ADVISORY & CAPITAL GROUP, LLC, BY AND THROUGH JOSEPH V. PEGNIA, SENIOR MANAGING DIRECTOR

Joseph V. Pegnia

PRINCIPAL

LIBERTY MUTUAL INSURANCE COMPANY

Tatum Reiss

TATUM REISS
ATTORNEY-IN-FACT

Liberty Mutual. SURETY

# POWER OF ATTORNEY

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: 8216393 - 016083

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Amanda Riedl, Andre Autin, Candice T. Gos, Catherine C. Kehoe, Clark P. Fitz - Hugh, Conway C. Marshall, David C. Joseph, Elizabeth C. Dukes, Elizabeth Schott, Kristine Donovan, M. Feild Gomila, R. Tucker Fitz- Hugh, Sara S. DeJarnette, Stephen Beahm, Tatum Reiss, Victoria Scruggs

all of the city of New Orleans state of LA each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 10th day of June, 2026.

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

LIBERTY MUTUAL INSURANCE COMPANY INCORPORATED 1912 MASSACHUSETTS · THE OHIO CASUALTY INSURANCE COMPANY INCORPORATED 1919 NEW HAMPSHIRE · WEST AMERICAN INSURANCE COMPANY INCORPORATED 1991 INDIANA

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: [signature]
Nathan J. Zangerle, Assistant Secretary

For bond and/or Power of Attorney (POA) verification inquiries, please call 610-832-8240 or email HOSUR@libertymutual.com.

State of PENNSYLVANIA ss
County of MONTGOMERY

On this 10th day of June, 2026 before me personally appeared Nathan J. Zangerle, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

TERESA PASTELLA COMMONWEALTH OF PENNSYLVANIA NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Teresa Pastella, Notary Public
Montgomery County
My commission expires March 28, 2029
Commission number 1126044
Member, Pennsylvania Association of Notaries

By: [signature]
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

ARTICLE IV – OFFICERS: Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

ARTICLE XIII – Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes Nathan J. Zangerle, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this 11th day of August, 2026.

LIBERTY MUTUAL INSURANCE COMPANY INCORPORATED 1912 MASSACHUSETTS · THE OHIO CASUALTY INSURANCE COMPANY INCORPORATED 1919 NEW HAMPSHIRE · WEST AMERICAN INSURANCE COMPANY INCORPORATED 1991 INDIANA

By: [signature]
Renee C. Llewellyn, Assistant Secretary